## HARDY v. INTEGON LIFE INS. CORP.

No. 269P87.

Case below: 85 N.C. App. 575.

Petitions by plaintiff and defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987. Petition by all parties for writ of supersedeas and temporary stay denied 3 September 1987.

## HARVEY v. RALEIGH POLICE DEPT.

No. 309P87.

Case below: 85 N.C. App. 540.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.

## HAYMAN v. RAMADA INN, INC.

No. 432A87.

Case below: 86 N.C. App. 274.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues denied 3 September 1987.

## HUYCK CORP. v. TOWN OF WAKE FOREST

No. 320PA87.

Case below: 86 N.C. App. 13.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1987.

## IN RE APPLICATION OF MELKONIAN

No. 354P87.

Case below: 85 N.C. App. 351.

Petition by Board of Adjustment for discretionary review pursuant to G.S. 7A-31 denied 3 September 1987.